MARITA E. HYMAN, Appellant, v ARTHUR SCHWARTZ et al., Respondents, et al., Defendants.

Submitted June 23, 2014; decided September 4, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of VICTOR JORDAN, Appellant, v KATHERINE A. LEVINE, a Judge of the New York City Civil Court, Kings County, et al., Respondents.

Decided September 4, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of GLORIA P. MARGARY, Respondent, v GILBERT M. MARTINEZ, Appellant.

Submitted July 28, 2014; decided September 4, 2014

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for a stay and for poor person relief dismissed as academic.